# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**FRANKLIN L. SIBLEY**                                                     **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO.: 3:20cv282-GHD-JMV**

**CITIZENS BANK & TRUST COMPANY**
**OF MARKS, QUITMAN COUNTY, MISSISSIPPI**
**and PEYTON MB SELF III**                                     **DEFENDANTS**

## ORDER

The Court held a status conference with counsel for the parties in this matter on October 18, 2021. Having duly considered the record, it is ORDERED:

1. That any motion requesting discovery related to ERISA claims is due on or before November 3, 2021. Any such motion should propose a timeline for such discovery.

2. That should any party desire to conduct discovery on any additional claims, i.e., state law claims, a motion requesting same along with proposed deadlines is also due on or before November 3, 2021.

SO ORDERED this 20th day of October, 2021.

                                                           /s/ Jane M. Virden
                                                           U.S. Magistrate Judge