**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**FRANKLIN L. SIBLEY**                                                 **PLAINTIFF**

**v.**                                           **CIVIL ACTION NO. 3:20-CV-00282-GHD-JMV**

**CITIZENS BANK & TRUST COMPANY
OF MARKS, QUITMAN COUNTY, MISSISSIPPI
And PEYTON MB SELF III**                               **DEFENDANTS**

## ORDER GRANTING IN PART AND DENYING IN PART
## DEFENDANT CITZENS BANK'S MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Joint Motion to Dismiss and Motion to Strike Jury Demand filed by Defendant Citizens Bank & Trust Company of Marks, Quitman County, Mississippi [10] is GRANTED in part and DENIED in part;

(2) the Defendant's request to dismiss the Plaintiff's claims alleging state law causes of action for breach of contract, tortious breach of contract, and intentional interference with contractual relations [1] is GRANTED;

(3) the Defendant's request to strike the Plaintiff's jury demand [1] is GRANTED;

(4) the Defendant's request to dismiss the Plaintiff's claim alleging a cause of action under § 510 of the Employee Retirement Income Security Act of 1974 ("ERISA") is DENIED; and

(5) the Plaintiff's claim under ERISA § 510 shall be allowed to proceed, along with the Plaintiff's unchallenged claims under ERISA §§ 502(a) and 503 [1].

SO ORDERED, this the __18th__ day of January, 2022.

_/s/ Glen H. Davidson_
SENIOR U.S. DISTRICT JUDGE