IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**FRANKLIN L. SIBLEY**                                                                            **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO.: 3:20-cv-00282-GHD-JMV**

**CITIZENS BANK & TRUST COMPANY**
**OF MARKS, QUITMAN COUNTY, MISSISSIPPI**
**and PEYTON MB SELF III**                                                  **DEFENDANTS**

## ORDER GRANTING MOTION FOR DISCOVERY

This matter is before the court on motion of Defendants, Citizens Bank & Trust Company of Marks, Quitman County, Mississippi and Peyton MB Self, III, to take the deposition of Plaintiff, Franklin L. Sibley [83]. The motion is now fully briefed, and for the reasons discussed herein, the motion is granted to the extent outlined below.

The procedural history of this case and the nature of the claims asserted, including counter claims, have been set out previously in numerous filings and thus, will not be set forth again herein. Nonetheless, it bears repeating, for purposes of the instant motion, that the Plaintiff has twice previously sought discovery of the Defendants. *See* Motion for Discovery [43] and Second Motion for Discovery [70]. With certain exceptions, that discovery has been granted. *See* Order [48] and Order [82].

Therefore, for the same reasons as discussed by the Court in permitting discovery of the Defendants in those orders, the court finds that discovery of the Plaintiff is likewise warranted and is generally limited to the same topics and temporal scope as Plaintiff was permitted to proceed

with discovery against Defendants on, including such topics as the factual allegations contained in the Plaintiff's Complaint, the defenses, and the counterclaims.

   **IT IS THEREFORE ORDERED** that the Defendants' Motion for Discovery [83] shall be and is hereby granted.

   **SO ORDERED**, this the 11th day of May, 2022.

                /s/ Jane M. Virden
                U.S. Magistrate Judge Jane M. Virden