# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**FRANKLIN L. SIBLEY**        **PLAINTIFF**

**V.**        **NO: 3:20CV282-GHD-JMV**

**CITIZENS BANK & TRUST COMPANY**        **DEFENDANTS**
**OF MARKS, QUITMAN COUNTY,**
**MISSISSIPPI, AND PEYTON MB SELF**
**III**

## ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) Defendant Peyton Self's Motion for Summary Judgment [97] is DENIED;

(2) Defendant Citizens Bank's Motion for Summary Judgment [99] is GRANTED as to Plaintiff's ERISA Section 503 claim and DENIED as to Plaintiff's ERISA Section 502 and Section 510 claims; and

(3) Plaintiff Franklin Sibley's Motion for Summary Judgment [101] is DENIED.

All memoranda, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated and made a part of the record in this action.

SO ORDERED, this the 11th day of April, 2023.

_____
SENIOR U.S. DISTRICT JUDGE