IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

FRANKLIN L. SIBLEY                                                       PLAINTIFF

VS.                             CIVIL ACTION NO.: 3:20-cv-00282-GHD-JMV

CITIZENS BANK & TRUST COMPANY
OF MARKS, QUITMAN COUNTY, MISSISSIPPI
and PEYTON MB SELF III                               DEFENDANTS

## ORDER DISMISSING ACTION

The Court has been advised by counsel that this action has been resolved or is in the process of being resolved. Therefore, it is not necessary that the action remain upon the calendar of the court.

The Court therefore ORDERS that this action be DISMISSED without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that the resolution of this matter has not been completed and further litigation is necessary. In addition, this case will be finally dismissed upon receipt by the Court of the parties' settlement stipulation and related documents.

SO ORDERED, this, the 30th day of June, 2023.

                                                            /s/ Glen H. Davidson
                                                           SENIOR U.S. DISTRICT JUDGE