# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**FRANKLIN L. SIBLEY**      **PLAINTIFF**

**VS.**      **CIVIL ACTION NO.: 3:20cv282-GHD-JMV**

**CITIZENS BANK & TRUST COMPANY**
**OF MARKS, QUITMAN COUNTY, MISSISSIPPI**
**and PEYTON MB SELF III**      **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This day, this cause came on to be heard on the *Ore Tenus* Motion of the Parties in the above-styled and numbered cause, to dismiss the above-styled and numbered cause with prejudice, and the Court having considered said Motion, and having been informed that this cause has been fully compromised and settled, and the Plaintiff and Counter-Plaintiff have received full accord and satisfaction in the cause of action against the Defendant and the counterclaim against the Plaintiff, this Court is of the opinion that said Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that the above-styled and numbered cause is hereby dismissed *with prejudice* as to all claims and all parties with each party to bear their own attorneys' fees and costs.

SO ORDERED, this the 25th day of July, 2023.

_____
SENIOR U.S. DISTRICT JUDGE

*Signatures below*:

*Prepared by*:

*[signature]*

S. Mark Wann (MS Bar #6936)
Kelly H. Stringer (MS Bar #103293)
Charles H. Best III (MS Bar # 106451)
MAXEY WANN PLLC
401 E. Capitol Street, Suite 200 (39201)
P.O. Box 3977
Jackson, Mississippi 39207-3977
Telephone: (601) 355-8855
Facsimile: (601) 355-8881
Email: mark@maxeywann.com
Email: kelly@maxeywann.com
Email: charles@maxeywann.com

*Attorneys for Defendants*


*Agreed to*:

*[signature]*

David D. O'Donnell (MS Bar # 3912)
S. Ray Hill, III (MS Bar # 100088)
CLAYTON O'DONNELL, PLLC
1403 Van Buren Avenue, Suite 103
P.O. Drawer 676
Oxford, Mississippi 38655
Telephone: (662) 234-0900
Email: rhill@claytonodonnell.com
Email: dodonnell@claytonodonnell.com

*Attorneys for Plaintiff*